UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    CR 19-248-MWF                                               Dated: February 24, 2020
================================================================================
**PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE**

| Rita Sanchez | Not Reported | Carly Palmer |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
| | | Not Present |

================================================================================
U.S.A. vs (Dfts listed below)                  Attorneys for Defendants

1)   Jackie Ferrari                          1)   Tariq A. Khero
     Not Present - On Bond                        Not Present - Retained

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE HEARING WHY BOND SHOULD NOT BE REVOKED**

    On the Court's own motion, an Order to Show Cause Hearing Why Bond Should Not Be Revoked is set for March 4, 2020 at 3:00 p.m., before the Honorable Michael W. Fitzgerald, U.S. District Judge.  Counsel, defendant, and Pretrial Services are ordered to be present at the hearing.

    **IT IS SO ORDERED.**


cc:    PSALA




Initials of Deputy Clerk  rs