Benjamin R. Barron          (714) 338-3536
Assistant United States Attorney
Chief, Santa Ana Branch Office
411 West 4th Street, #8000
Santa Ana, California 92701-4599

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S) <br><br> v. <br><br> JACKIE FERRARI, <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CR 19-00248-MWF <br><br><br> **NOTICE OF MANUAL FILING** <br> **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Government's Ex Parte Application for Order Sealing Document; Declaration of Benjamin R. Barron, [Proposed] Order Sealing Document
Under Seal Documents

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

May 14, 2020
_____
Date

Benjamin R. Barron
_____
Attorney Name

United States of America, Plaintiff
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*