NICOLA T. HANNA, United States Attorney
BRANDON D. FOX, Assistant U.S. Attorney; Chief, Crim.
BENJAMIN R. BARRON, Assistant U.S. Attorney; Chief, SA
411 West 4th St, Suite 8000, Santa Ana, CA 92701
(714) 338-3536; ben.barron@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:19-CR-00248-MWF |
| v. | |
| JACKIE FERRARI, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF BENJAMIN R. BARRON
[PROPOSED] ORDER SEALING DOCUMENT
UNDER SEAL DOCUMENT ONE
UNDER SEAL DOCUMENT TWO

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| March 11, 2021 | Benjamin R. Barron |
|---|---|
| Date | Attorney Name |
| | United States of America, Plaintiff |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*