```
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BENJAMIN R. BARRON (Cal. Bar No. 257094)
Assistant United States Attorney
Chief, Santa Ana Branch Office
     Ronald Reagan Federal Bldg & U.S. Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3536
     Facsimile: (714) 338-3561
     E-mail:    ben.barron@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00248-MWF |
| Plaintiff, | NOTICE OF LODGING OF CERTIFICATE OF SERVICE |
| v. | |
| JACKIE FERRARI, | |
| Defendant. | |

Please find attached hereto Government's Certificate of Service, of documents described in the Certificate of Service.

```
Dated: March 12, 2021              Respectfully submitted,

                                   TRACY L. WILKISON
                                   Acting United States Attorney

                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division

                                         /s/
                                   BENJAMIN R. BARRON
                                   Assistant United States Attorney
                                   Chief, Santa Ana Branch Office

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
```