# Certificate of Service

I am a citizen of the United States and am employed in the County of Orange, California. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is the United States Attorney's Office, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service was made. On **March 12, 2021**, I served a **conformed copy** of the document(s) filed with the court and referenced in the Notice of Manual Filing or Lodging, filed on CACD CM/ECF under case number 2:19-cr-00248-MWF as Document 66, described as: **(1) GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF BENJAMIN BARRON, (2) ~~[PROPOSED]~~ ORDER SEALING DOCUMENTS, (3) UNDER SEAL DOCUMENT ONE and (4) UNDER SEAL DOCUMENT TWO** in the following manner:

☐     by placing a true copy in a sealed envelope, addressed to the person(s) specified below, and placing it for interoffice delivery within the courthouse to:

☐     by placing the documents in a sealed envelope, bearing the requisite postage thereon, and placing it for mailing via the U.S. Postal Service addressed as follows:

☒     by e-mailing a PDF version of the document(s) to the e-mail address(es) specified below:

**The relevant party(ies)' email address(es) either as listed on CACD CM/ECF or as provided to the U.S. Attorney's Office**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2021, at Santa Ana, California.

                                                      *Isaac Shu*
                                                      Isaac Shu