1  TARIQ A. KHERO, ESQ. [Bar No.: 194292]
   TARIQ A. KHERO, ATTORNEY AT LAW
2  11400 W. Olympic Blvd., Suite 1500
   Los Angeles, California 90064
3  telephone:  (310) 399-3259
   facsimile:  (310) 392-9029
4  email:      tariqkhero@gmail.com

5  Attorney for Defendant
   JACKIE FERRARI
6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           ) No.:  19-CR-248-MWF
                                         )
12 |       Plaintiff,                    ) **EX PARTE APPLICATION TO**
                                         ) **CONTINUE HEARING DATE**
13 |                                     ) **OF DEFENDANT'S POSTING**
   | vs.                                 ) **OF BOND; DECLARATION OF**
14 |                                     ) **TARIQ A. KHERO; PROPOSED**
                                         ) **ORDER; EXHIBIT**
15 | JACKIE FERRARI,                     )
                                         )
16 |                                     ) Current Sent. Date: 10/04/21
   |       Defendant.                    ) Proposed Sent. Date: 01/31/22
17                                       )
                                         )
18 |_____)

19      Defendant, Jackie Ferrari, hereby applies to the Court for an order continuing

20 the Sentencing Hearing, which is scheduled for October 4, 2021 to January 31,

21 2021. The grounds for this request are more fully set forth in the attached

22 Declaration of Tariq A. Khero.

23

24 DATED:  September 16, 2021      Respectfully submitted,

25

26
                              By:  _____
27                                 TARIQ A. KHERO
                                   Attorney for Defendant
28                                 JACKIE FERRARI

## DECLARATION OF TARIQ A. KHERO

I, Tariq Khero, declare as follows:

1. I am an attorney at law duly licensed to practice before this Honorable Court, and represent defendant, Jackie Ferrari, herein.

2. Defendant's Sentencing Hearing is currently set for Monday, October 4, 2021. Defense counsel is respectfully requesting that the matter be rescheduled to January 31, 2021. The reason for this continuance is that Ms. Ferrari has recently come down with a serious medical condition. The doctors have generally, and initially, diagnosed it as Cutaneous Vasseroiuss, a skin condition that may indicate a more serious problems with Ms. Ferrari's organs.[1] Ms. Ferrari is a survivor of Steven-Johnson Syndrom, a rare and serious skin disorder, which almost took her life a few years ago. As a result, she is significantly more susceptible to other serious skin conditions. Doctors fear she may currently have an infection of the blood vessels under her skin. She has been referred on an urgent basis to a dermatologist, a rheumatologist and a phlebologist. As she has no family in the area, her father indicated that he is arriving from Albany, NY to help care for her.

3. Defense counsel contacted Assistant United States Attorney, Ben Baron, and informed him of Ms. Ferrari's condition as well as our intension to seek a continuance. Mr. Baron indicated that the Government takes no position with regard to this request.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2021 at Los Angeles, California.

_____
TARIQ A. KHERO

---

[1] Attached as Exhibit A are recent photographs of Ms. Ferrari's condition, which is apparently worsening.