PS 8
(Rev. 1/19)

**FILED**
CLERK, U.S. DISTRICT COURT
10/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: smom DEPUTY

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Jackie Paige Ferrari                                Docket No.: 2:19-CR-00248-MWF-01

### Petition for Action on Conditions of Pretrial Release (OSC Request)

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jackie Paige Ferrari, who was placed under pretrial release supervision by the Honorable MICHAEL R. WILNER, sitting in the Court at Los Angeles, California, on the 22th day of January, 2019, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** Jackie Paige Ferrari cited to appear before the Court by VTC on NOVEMBER 3, 2021 at 3:00PM, to show cause why the defendant's bond should not be revoked.

ORDER OF COURT

Considered and ordered this 21st day of Oct., 2021 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
HONORABLE MICHAEL W. FITZGERALD

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on October 20, 2021

_____
SHAKIRA DAVIS
U.S. Probation & Pretrial Services Officer
Place: Los Angeles, California

U.S.A.   VS   Jackie Paige Ferrari
Docket No   2:19-CR-00248-MWF-001

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

1. Having been ordered to not use or possess any illegal substances, the defendant tested positive for Fentanyl on September 27, 2021.

2. Having been ordered to not use or possess any illegal substances, the defendant tested positive for Amphetamines and cocaine on October 14, 2021.

3. Having been directed to report to Pretrial Services on October 14, 2021, the defendant has failed to report as directed.