TARIQ A. KHERO, ESQ. [Bar No.: 194292]
TARIQ A. KHERO, ATTORNEY AT LAW
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064
telephone:  (310) 399-3259
facsimile:  (310) 392-9029
email:      tariqkhero@gmail.com

Attorney for Defendant
JACKIE FERRARI

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JACKIE FERRARI,<br><br>  Defendant.<br>_____ | No.: 19-CR-248-MWF<br><br>**DOCUMENTS IN MITIGATION AND IN SUPPORT OF DEFENDANT'S EFFORTS TO COMPLY WITH TERMS OF PRETRIAL RELEASE**<br><br>Hearing Date: 11/03/21 |

    Defendant, Jackie Ferrari, hereby submits documents in mitigation and in support of her efforts to comply with terms of pretrial release over the last eighteen months.

    These documents include proof of over one hundred applications for employment. Information regarding Twin Towns Intensive Outpatient Program. Ms. Ferrari has been involved in their extensive online and in-person intake program for the last few days. She can provide proof of enrollment at the hearing; the program is six days a week / three hours a day. Documents regarding her recent struggles with her current medical condition are also submitted herein. Indeed, it is because of the constant concern and care necessary for this medical condition that an intensive outpatient program is best suited for her situation.

The defense does not present these documents as a legal defense to the positive drug test alleged. This information does not and cannot serve as an excuse or explanation for a failed drug test. Rather, this information is presented to provide a broader context to issues the court will address at the hearing.

These recent positive drug tests are the first for Ms. Ferrari in eighteen months. For decades, Ms. Ferrari has suffered from serious addiction issues, as well as from diagnosed bi-polor disorder, C-PTSD and PTSD, panic disorder and attachment disorder. Despite this all, Ms. Ferrari was not only able to graduate college, but law school as well.

Since her conviction in this matter she has been disbarred in both New York and California. In the last eighteen months she has applied for and been rejected from over one hundred low wage jobs. In the last four months Ms. Ferrari has also been battling a serious skin condition. This has resulted in emergency room visits and required her to regularly see dermatologists, rheumatologists and vascular experts. This skin condition is all the more traumatic and troubling for her as some years ago she almost died from Stevens-Johnson syndrome, a very rare, serious and grotesque condition of the skin.

Again, while no legal defense, the defendant believes that the court should be aware of all the serious and difficult issues confronting Ms. Ferrari when it considers the proper consequence for her first failed drug test (relapse) since March of 2020.

DATED: November 2, 2021        Respectfully submitted,

By: _____
TARIQ A. KHERO
Attorney for Defendant
JACKIE FERRARI